# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00128-CV

**Billy Zvonek and Uptown Cars Inc., Appellants**

**v.**

**Jose Duran and Maria Duran, Appellees**

**FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
NO. C-1-CV-12-003023, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellants Billy Zvonek and Uptown Cars Inc.'s brief was due in July 2014. After receiving two extensions to file their brief, their brief was due on September 12, 2014. They have filed multiple motions for extension of time to file their brief. In their most recent motion, they requested an extension until October 28, 2014. Appellees Jose Duran and Maria Duran have filed multiple motions to dismiss and objections to the extensions. They contend that appellants have provided false excuses to this Court for requiring additional time.

By order dated October 23, 2014, this Court dismissed the pending motions for extension of time to file appellants' brief as moot, ordered that appellants' deadline to file their brief was November 4, 2014, and advised appellants that, if they failed to file a brief that complies with the Texas Rules of Appellate Procedure by November 4, 2014, this Court would dismiss this appeal for want of prosecution.

To date, appellants have failed to file their brief or otherwise respond to this Court's order. Accordingly, we grant appellees' 2nd Supplemental Motion to Dismiss, dismiss their other pending motions to dismiss as moot, and dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Dismissed for Want of Prosecution

Before Chief Justice Jones, Justices Rose and Goodwin

Filed: November 19, 2014